United States District Court
Southern District of Texas
**ENTERED**
October 31, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Sarah Manson, § | |
|    *Plaintiff*, § | |
| § | |
| v. § | Civil Action H-25-1427 |
| § | |
| Volkswagen of America, Inc., § | |
|    *Defendant*. § | |

**ORDER**

On October 10, 2025, Magistrate Judge Peter Bray recommended that the court grant Plaintiff's Motion to Remand. ECF No. 23. The parties were provided with notice and opportunity to object to the magistrate judge's recommendation. No objections were filed. The court has reviewed the recommendation de novo and finds no error in law or fact. The court therefore **ADOPTS** the memorandum and recommendation as its memorandum and opinion. This case is **REMANDED** to the Justice Court of Harris County Precinct 1.

SIGNED at Houston, Texas on October 31, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE